# EXHIBIT 13

## U.S. Patent No. 8,307,063

| Claim 1 | Identification: Verizon Cellular |
|---|---|
| 1[pre] A method for controlling the communication of user data associated, at a plurality of network switches on a network, with a user on the network, the method comprising: | Verizon provides a network including network switches that provide for the control of user high-speed data across the cellular network.  For example, Verizon provides various data plans for individuals and families that control communication of user data.<br><br>See also 1[a]-1[e] below. |
| 1[a] in at least one of the plurality of network switches, | Verizon provides interconnected network switches across the United States to provide cellular service and these switches include at least one network switch for providing a variety of operations to control the communication of user high-speed data. |



Source: https://www.verizon.com/featured/lte-advanced/

Page 2

| | |
|---|---|
| 1[b] accessing user profile information of the user, wherein the user profile information comprises at least a data volume allowance for the user; | Verizon maintains a user profile that includes a user's high-speed data volume allowance that is accessed by a network switch.<br><br>**What are my data habits?**<br>An easy way to get an idea of how you're spending your data is the My Verizon app. It keeps everything you need to know about your account in one place. The Data Hub allows you to break down the usage for your account, both by the person using it and how the data is being used.<br><br>If you can't get to the app on your phone, the online Data Utilization tool performs a deep dive on your data usage, dividing it into general categories—like social media or maps and navigation—and estimates your data use in each category, so you can understand your digital habits and avoid any data overage charges.<br><br>For advice on how to stay within your monthly data allowance, check out these five useful tips, so you and all of the trivia maniacs in your family can keep cellphone data usage in check.<br><br>**What's the best way to manage my account?**<br>You can get My Verizon as an app or use it on your desktop. It provides you with hands-on monitoring and control of your account as soon as changes happen, so you can curb the digital overindulgences of your family. You can set up your account so you'll automatically receive text or email alerts about your data usage as you approach, meet or exceed your monthly allowance.<br><br>What if it's not even close to the end of the month and you've almost drained your data allowance? No problem. With the My Verizon Mobile app, just click on "Change Plan" to conveniently add more data to your plan—which you can do whenever. It also allows you to view and pay your monthly bill online, block spammers that devour your data, and much more.<br><br>Planning on streaming a movie away from a steady Wi-Fi source? Activate the "Data Boost" feature, which allows you to pay a flat fee for a short burst of unlimited data.<br><br>Source: https://www.verizon.com/articles/how-to-track-data-usage-with-my-verizon/ |

| | |
|---|---|
| | **View Data History**  −<br><br>1. Open the **My Verizon app** ✓.<br><br>2. Tap the **Account tab** (at the bottom).<br>   → If prompted, enter your password, fingerprint or Face ID.<br><br>3. Tap **Usage** then select the **History tab**.<br><br>4. Tap the desired date range.<br>   → The last 3 bill cycle details are available.<br><br>5. View the following info (may require scrolling):<br>   - Total usage<br>   - Data Types<br>   - Top Activities<br>     → Listed in order of highest percentage usage (e.g., Video, Web, Navigation, etc.).<br><br>Source: https://www.verizon.com/support/knowledge-base-205730/<br><br>See also 1[c], 1[d] below. |

| | |
|---|---|
| 1[c] monitoring a volume of data used by the user over the network regardless of which of a plurality of devices the user uses to access the at least one of the plurality of network switches; | Verizon provides a network switch that monitors high-speed data volume usage over the network regardless of which device is used to access the network switches.<br><br>**What are my data habits?**<br>An easy way to get an idea of how you're spending your data is the My Verizon app. It keeps everything you need to know about your account in one place. The Data Hub allows you to break down the usage for your account, both by the person using it and how the data is being used.<br><br>If you can't get to the app on your phone, the online Data Utilization tool performs a deep dive on your data usage, dividing it into general categories—like social media or maps and navigation—and estimates your data use in each category, so you can understand your digital habits and avoid any data overage charges.<br><br>For advice on how to stay within your monthly data allowance, check out these five useful tips, so you and all of the trivia maniacs in your family can keep cellphone data usage in check.<br><br>**What's the best way to manage my account?**<br>You can get My Verizon as an app or use it on your desktop. It provides you with hands-on monitoring and control of your account as soon as changes happen, so you can curb the digital overindulgences of your family. You can set up your account so you'll automatically receive text or email alerts about your data usage as you approach, meet or exceed your monthly allowance.<br><br>What if it's not even close to the end of the month and you've almost drained your data allowance? No problem. With the My Verizon Mobile app, just click on "Change Plan" to conveniently add more data to your plan—which you can do whenever. It also allows you to view and pay your monthly bill online, block spammers that devour your data, and much more.<br><br>Planning on streaming a movie away from a steady Wi-Fi source? Activate the "Data Boost" feature, which allows you to pay a flat fee for a short burst of unlimited data.<br><br>Source: https://www.verizon.com/articles/how-to-track-data-usage-with-my-verizon/ |

| | |
|---|---|
| | **View Data History**<br><br>1. Open the **My Verizon app** ✓.<br><br>2. Tap the **Account tab** (at the bottom).<br>   → If prompted, enter your password, fingerprint or Face ID.<br><br>3. Tap **Usage** then select the **History tab**.<br><br>4. Tap the desired date range.<br>   → The last 3 bill cycle details are available.<br><br>5. View the following info (may require scrolling):<br>   - Total usage<br>   - Data Types<br>   - Top Activities<br>     → Listed in order of highest percentage usage (e.g., Video, Web, Navigation, etc.).<br><br>Source: https://www.verizon.com/support/knowledge-base-205730/ |

**15 GB**

**$45** /mo
Additional taxes and fees may apply.

Shop phones

Bring your own

Get more data for online streaming, posting on social and sharing with your family.

**Plan features**

**Auto Pay discount**
$10/mo Auto Pay discount on plans $45 & higher after the 1st month. Credit or Debit card required. Additional loyalty discounts do not apply.

**Loyalty discounts**
$5/mo loyalty discount applies after 3 months of service; additional $5/mo applies after 9 months of service, for a total of $10/mo on plans $45 or higher. Discount applies as long as your line is not disconnected. Additional Auto Pay discounts do not apply.

**5G**
5G access requires a 5G-capable device in a 5G coverage area.

**4G LTE**
Our 4G LTE network provides the high speeds and reliability you've come to expect.

**Data experience**
DVD-quality streaming (up to 480p). Your data may be temporarily slower than other traffic in times of congestion.

**Mobile Hotspot**
Share your wireless network connection with other devices over Wi-Fi.

**Data allowance**
Once high-speed data is used (including Mobile Hotspot), you will have 2G speeds the remainder of the month. Your data experience and functionality of some data applications such as streaming video or audio may be impacted.

**Unlimited talk & text**
Stay in touch and never worry about overage charges with unlimited Talk, Text and Data on the network more people rely on.

**International texting**
Unlimited texting from the US to over 200 countries and territories worldwide.

**Mexico & Canada talk, text & data**
Unlimited calls, text and data from Mexico, Canada, Puerto Rico and the US Virgin Islands. 4G or 5G world device required. International data reduced to 3G speeds after 2GB/day. If more than 50% of your talk, text or data usage in a 60-day period is in Mexico, Canada, Puerto Rico or US Virgin Islands, use of services in those destinations may be removed or limited. Also includes Unlimited talk and text to Mexico, Canada, Puerto Rico and US Virgin Islands when you are in the US.

**Call Filter spam blocker**
With Call Filter from Verizon, screen incoming calls and filter spam. Fine-tune your settings to automatically block high-risk calls by risk level.

**Digital Secure**
Safeguard your personal data with antivirus, anti-malware and safe browsing from risky websites.

**Device types**
You can have a total of 10 smartphones, tablets, Mobile Hotspots and routers on your Prepaid Family Account.

Source: https://www.verizon.com/plans/prepaid/

See also 1[d] below.

| | |
|---|---|
| 1[d] controlling the communication of user data on the network by permitting said communication of user data through the plurality of switches while the volume of data used by the user is within the data volume allowance for the user, and; | Verizon permits communication over the network of high-speed data (user data) using switches while the high-speed data volume is within the data volume allowance for the user.<br><br><br><br>Source: https://www.verizon.com/plans/prepaid/ |

Page 8

| | |
|---|---|
| 1[e] preventing said communication of user data if the volume of data used by the user reaches or exceeds the data volume allowance for the user. | Verizon prevents the communication of high-speed data (user data) when the high-speed data volume exceeds the high-speed data volume allowance for the user.<br><br>**15 GB**<br>**$45** /mo<br>Additional taxes and fees may apply.<br><br>Shop phones<br>Bring your own<br><br>Get more data for online streaming, posting on social and sharing with your family.<br><br>**Plan features**<br><br>**Auto Pay discount**<br>$10/mo Auto Pay discount on plans $45 & higher after the 1st month. Credit or Debit card required. Additional loyalty discounts do not apply.<br><br>**Loyalty discounts**<br>$5/mo loyalty discount applies after 3 months of service; additional $5/mo applies after 9 months of service, for a total of $10/mo on plans $45 or higher. Discount applies as long as your line is not disconnected. Additional Auto Pay discounts do not apply.<br><br>**5G**<br>5G access requires a 5G-capable device in a 5G coverage area.<br><br>**4G LTE**<br>Our 4G LTE network provides the high speeds and reliability you've come to expect.<br><br>**Data experience**<br>DVD-quality streaming (up to 480p). Your data may be temporarily slower than other traffic in times of congestion.<br><br>**Mobile Hotspot**<br>Share your wireless network connection with other devices over Wi-Fi.<br><br>**Data allowance**<br>Once high-speed data is used (including Mobile Hotspot), you will have 2G speeds the remainder of the month. Your data experience and functionality of some data applications such as streaming video or audio may be impacted.<br><br>**Unlimited talk & text**<br>Stay in touch and never worry about overage charges with unlimited Talk, Text and Data on the network more people rely on.<br><br>**International texting**<br>Unlimited texting from the US to over 200 countries and territories worldwide.<br><br>**Mexico & Canada talk, text & data**<br>Unlimited calls, text and data from Mexico, Canada, Puerto Rico and the US Virgin Islands. 4G or 5G world device required. International data reduced to 3G speeds after 2GB/day. If more than 50% of your talk, text or data usage in a 60-day period is in Mexico, Canada, Puerto Rico or US Virgin Islands, use of services in those destinations may be removed or limited. Also includes Unlimited talk and text to Mexico, Canada, Puerto Rico and US Virgin Islands when you are in the US.<br><br>**Call Filter spam blocker**<br>With Call Filter from Verizon, screen incoming calls and filter spam. Fine-tune your settings to automatically block high-risk calls by risk level.<br><br>**Digital Secure**<br>Safeguard your personal data with antivirus, anti-malware and safe browsing from risky websites.<br><br>**Device types**<br>You can have a total of 10 smartphones, tablets, Mobile Hotspots and routers on your Prepaid Family Account.<br><br>Source: https://www.verizon.com/plans/prepaid/<br>See also 1[d] above. |

Page 9