# EXHIBIT 14

U.S. Patent No. 6,781,858

| Claim 21 | Identification: Lenovo Moto G Power mobile phone[1] |
|---|---|
| 21. A cubic memory array, comprising: | <br>https://www.motorola.ca/smartphones-moto-g-power/p?skuId=13<br>https://www.gsmarena.com/motorola_moto_g_power-10076.php |

---

[1] Additional infringing Lenovo devices sold or offered for sale by Verizon, including at least Motorola G Pure, Moto G Play, Moto G7 Play, Moto G Fast devices.

On information and belief, Lenovo Moto G Power mobile phones contain a Micron MT29VZZZAD8QKSL-046 multi-chip module with LPDDR4 SDRAM (Z11N die), 3D NAND Flash (B16A die), and eMMC controller (PS8226 die).

A 3D NAND flash array is a cubic memory array.



Techinsights, "Intel 29F01T2ANCTH2 64-Layer 256Gb 3D NAND Flash", report AME-1707-801.pdf, March 2018

Page 2

| | |
|---|---|
| | Techinsights, "Intel 29F01T2ANCTH2 64-Layer 256Gb 3D NAND Flash", report AME-1707-801.pdf, March 2018 |
| a plurality of horizontal select lines; | The 3D NAND Flash array has a plurality of wordlines, which are horizonal select lines. |

Page 3



| | |
|---|---|
| | Techinsights, "Intel 29F01T2ANCTH2 64-Layer 256Gb 3D NAND Flash", report AME-1707-801.pdf, March 2018 |
| a plurality of vertical select lines; | The 3D NAND Flash array has a plurality of vertical select lines.<br><br>Techinsights, "Intel 29F01T2ANCTH2 64-Layer 256Gb 3D NAND Flash", report AME-1707-801.pdf, March 2018 |
| a plurality of memory cells, each memory cell adjacent to a horizontal select line and adjacent to a vertical select line; and | The 3D NAND Flash array has a plurality of floating gate memory cells, each memory cell adjacent to a horizontal select line and adjacent to a vertical select line. |

Page 5



Techinsights, "Intel 29F01T2ANCTH2 64-Layer 256Gb 3D NAND Flash", report AME-1707-801.pdf, March 2018

| | | |
|---|---|---|
| at least one switching element disposed on top of at least one of the plurality of vertical select lines; | The 3D NAND Flash array has at least one switching element (select gate drain) disposed on top of at least one of the plurality of vertical select lines.<br><br>Techinsights, "Intel 29F01T2ANCTH2 64-Layer 256Gb 3D NAND Flash", report AME-1707-801.pdf, March 2018 | |
| wherein the plurality of memory cells are arranged to form planes of horizontal select lines and planes of vertical | The 3D NAND Flash array has the plurality of memory cells arranged to form planes of horizontal select lines and planes of vertical select lines orthogonal to each other. | |

Page 7

| | |
|---|---|
| select lines orthogonal to each other. |   Techinsights, "Intel 29F01T2ANCTH2 64-Layer 256Gb 3D NAND Flash", report AME-1707-801.pdf, March 2018 |