# EXHIBIT 19

## U.S. Patent No. 7,769,050

| Claim 1 | Identification |
|---|---|
| 1. A method for providing wireless communication, the method comprising: | Regardless of whether the preamble is limiting, Verizon performs a method of providing wireless communication.<br><br>For example, Verizon owns, provides, and manages Wi-Fi equipment, such as Access Points (i.e., "routers" or "extenders").<br><br>> 2.4  Equipment. Equipment includes Verizon-provided digital adapters; television set top boxes, digital video recorders video media servers, IP client boxes; peripheral devices; routers; extenders; or optical network terminals. Equipment includes a router or extender you may purchase from Verizon or a third party. Equipment does not include any Other Devices that you attach to use with the Services, or Retired Equipment. The Equipment provided by Verizon for use with the Services may be new or refurbished.<br><br>https://www.verizon.com/about/terms-conditions/verizon-customer-agreement<br><br>> 9.2  Verizon Ownership. Unless you have purchased your Equipment or we have designated the Equipment as Retired, you acknowledge and agree that at all times ownership of Equipment shall remain with us and that this Agreement allows you to use Equipment only in connection with your lawful receipt and use of the Services. You are responsible for Equipment which is lost, damaged by fire, water, theft or events of Force Majeure.<br><br>*Id.*<br><br>Verizon Access Points include Wi-Fi 6 (802.11ax) functionality. |

| Claim 1 | Identification |
|---|---|
|  | **What makes the Verizon Router faster?**<br><br>It features Wi-Fi 6E technology, the next-generation wireless standard that provides much higher data rates and increased capacity – almost 3 times faster than Wi-Fi 5.<br><br>But the Verizon Router offers much more than just a simple speed boost. Its Wi-Fi 6E technology delivers an improved network connection that sets a new standard for performance. So you can connect multiple devices at once with increased range, improved power efficiency and enhanced security. |

| Claim 1 | Identification |
|---|---|
|  |  https://www.verizon.com/support/knowledge-base-220089/ |

| Claim 1 | Identification |
|---------|----------------|
|  |  |

| Claim 1 | Identification |
|---|---|
| | **Verizon Router (CR1000A) paired with LV65**<br><br><br><br>This router is a long, white rectangle with a circular base. It is typically paired with the LV65 receiver. Please review the support links for both the receiver and the CR1000A router.<br>The equipment SKU for this router is CR1000A.<br>→ For additional info visit the CR1000A support page.<br><br>*Id.* |

| Claim 1 | Identification |
|---|---|
|  | 

 Id. |

| Claim 1 | Identification |
|---|---|
|  | **Model G3100**<br><br>The Fios Router is an 11ax Tri-band concurrent Wi-Fi router that supports the latest Wi-Fi technology. It offers seamless roaming, band steering, AP steering, and Self-Organizing Networks (SON) technology. It's also equipped with a third radio to use for Wi-Fi backhaul to the Fios Extender. 11ax Tri-band brings OFDMA and the highest throughput to users.<br><br>**Industrial design**<br><br>[Image of Model G3100 router front and back views with labels: Ethernet LAN (4 ports), USB, SSID label, Ethernet WAN, Coax WAN and LAN, Reset button, Power]<br><br>*Id.* |
| 1[a] providing a plurality of frequency channels in each of a | Verizon provides multiple access points, for example, within a multi-family or mixed-use development. Using these access points, Verizon provides a plurality of frequency channels in each of a plurality of portions of a service area. |

| Claim 1 | Identification |
|---|---|
| plurality of portions of a service area, | <br>**Residential property owners & developers**<br>Today's prospective residents go out of their way to find properties that support their digital lifestyle. Whether you own a single property or an entire portfolio, Verizon provides a solid foundation for high-performance returns. Simply put -- your residents will love Verizon. And so will you.<br>**Verizon property programs & services**<br>With Verizon your residents have the bandwidth they need to enjoy Whole-Home Wi-Fi, streaming video, low lag gaming, access to special programs, services, and applications. Also, for those of your residents who work from home, reliable, fast and low-latency internet services are a huge plus point.<br>**Commercial properties**<br>Enhance your commercial property while signing and retaining more tenants, with the future-ready possibilities of Verizon. Your business tenants need the speed of 100% fiber optic network to stay vital in today's competitive environment—and so do you.<br>**Verizon Enhanced Communities Value Program**<br>From current 100% fiber optic internet speeds to future 5G availability and more, see how the Verizon Enhanced Communities Value Program can deliver what your residents demand.<br>https://www.verizon.com/home/communities/ |

| Claim 1 | Identification |
|---|---|
|  | **17.3.8.4.2 Channel numbering**<br><br>Channel center frequencies are defined at every integer multiple of 5 MHz above the channel starting frequency. The relationship between center frequency and channel number is given by Equation (17-27):<br><br>Channel center frequency = Channel starting frequency + 5 × $n_{ch}$ (MHz)      (17-27)<br><br>where<br><br>$n_{ch}$ = 1,…200.<br><br>Channel starting frequency is defined as dot11ChannelStartingFactor × 500 kHz or is defined as 5 GHz for systems where dot11OperatingClassesRequired is false or not defined.<br><br>For example, dot11ChannelStartingFactor = 10000 indicates that Channel 0 center frequency is 5.000 GHz. A channel center frequency of 5.000 GHz shall be indicated by dot11ChannelStartingFactor = 8000 and $n_{ch}$ = 200. An SME managing multiple channel sets can change the channel set being managed by changing dot11ChannelStartingFactor.<br><br>802.11-2016 |
| 1[b] wherein the plurality of frequency channels are in an unlicensed frequency band | The above frequency channels are in the unlicensed 2.4, 5, or 6 Ghz bands. |

| Claim 1 | Identification |
|---|---|
| | **Wi-Fi generations**     V·T·E |
| | | Generation | IEEE standard | First Approved | Maximum link rate (Mbit/s) | Radio frequency (GHz) | | | |
| | |---|---|---|---|---|---|---|
| | | Wi-Fi 7 | 802.11be | 2019-03-21 | 1376 to 46120 | 2.4 | 5 | 6 |
| | | Wi-Fi 6/6E | 802.11ax | 2014-03-27 | 574 to 9608 | 2.4 | 5 | 6[1] |
| | | Wi-Fi 5 | 802.11ac | 2008-09-26 | 433 to 6933 | ↓[2] | 5 | |
| | | Wi-Fi 4 | 802.11n | 2003-09-11 | 72 to 600 | 2.4 | 5 | |
| | | (Wi-Fi 3)* | 802.11g | 2000-09-21 | 6 to 54 | 2.4 | | |
| | | (Wi-Fi 2)* | 802.11a | 1997-09-16 | | | 5 | |
| | | (Wi-Fi 1)* | 802.11b | 1997-12-09 | 1 to 11 | 2.4 | | |
| | | (Wi-Fi 0)* | 802.11 | 1991-03-21 | 1 to 2 | 2.4 | | |
| | *Wi-Fi 0, 1, 2, and 3 are unbranded common usage.[3][4] |
| | https://en.wikipedia.org/wiki/Wi-Fi_6 |
| | 3. We authorize two different types of unlicensed operations—standard-power and indoor low-power operations. We authorize standard-power access points using an automated frequency coordination (AFC) system. These access points can be deployed anywhere as part of hotspot networks, rural broadband deployments, or network capacity upgrades where needed. We also authorize indoor low-power access points across the entire 6 GHz band. These access points will be ideal for connecting devices in homes and businesses such smartphones, tablet devices, laptops, and Internet-of-things (IoT) devices to the Internet. As has occurred with Wi-Fi in the 2.4 GHz and 5 GHz bands, we expect that 6 GHz unlicensed devices will become a part of most peoples' everyday lives. The rules we are adopting will also play a role in the growth of the IoT; connecting appliances, machines, meters, wearables, and other consumer electronics as well as industrial sensors for manufacturing.[4] |
| | FCC 20-51 at 3. |

| Claim 1 | Identification |
|---|---|
| 1[c] wherein a same frequency channel of the plurality of frequency channels is provided for use in two or more adjacent portions of the service area; and | The WiFi 6 standard includes the HE spatial reuse operation, in which the same frequency channel of the plurality of frequency channels is provided in two or more adjacent portions of the service area.<br><br>For example, this is used for different basic service sets (BSS) to operate within a dense environment. Stations (STA) identify whether physical layer protocol data units (PPDUs) originate from within their own BSS when the sets are overlapping.<br><br>**T.6 BSS color and spatial reuse**<br><br>The BSS color is an identifier of the BSS and is used to assist a receiving STA in identifying the BSS from which a PPDU originates so that the STA can follow the channel access rules to perform spatial reuse. The objective of spatial reuse operation is to allow the medium to be used more often between OBSSs in dense deployment scenarios by the early identification of signals from OBSSs and interference management. See 26.10.<br><br>802.11ax<br><br>**26.2 HE channel access**<br><br>**26.2.2 Intra-BSS and inter-BSS PPDU classification**<br><br>A STA shall classify a received PPDU as an inter-BSS PPDU if at least one of the following conditions is true:<br>— The RXVECTOR parameter BSS_COLOR is not 0 and is not the BSS color of the BSS of which the STA is a member.<br><br>A STA shall classify the received PPDU as an intra-BSS PPDU if at least one of the following conditions is true:<br>— The RXVECTOR parameter BSS_COLOR of the PPDU carrying the frame is the BSS color of the BSS of which the STA is a member or the BSS color of any TDLS links to which the STA belongs if the STA is an HE STA associated with a non-HE AP.<br><br>802.11ax |

| Claim 1 | Identification |
|---|---|
| 1[d] mitigating interference associated with external interference sources by making particular channels of the plurality of channels available for use by network nodes disposed in the portions of the service area according to a two tier scheduling strategy, | This mitigates interference associated with external interference sources (which is, for example, the case in a dense deployment scenario) by making particular channels of the plurality of channels available for use by the network nodes according to the two tier scheduling strategy described in limitations 1[e] -1[g].<br><br>**T.6 BSS color and spatial reuse**<br><br>The BSS color is an identifier of the BSS and is used to assist a receiving STA in identifying the BSS from which a PPDU originates so that the STA can follow the channel access rules to perform spatial reuse. The objective of spatial reuse operation is to allow the medium to be used more often between OBSSs in dense deployment scenarios by the early identification of signals from OBSSs and interference management. See 26.10.<br><br>802.11ax |
| 1[e] wherein a first tier of the scheduling strategy includes assigning the plurality of frequency channels to each portion of the service area at a relatively slow pace; | The first tier of the scheduling strategy is to assign channels at a slow pace, e.g., when the device is set up or when a channel is scanned for interference.<br><br>For example, channels are scanned or selected when using Verizon routers. |

| Claim 1 | Identification |
|---|---|
| | <br>https://www.verizon.com/supportresources/content/dam/verizon/support/consumer/documents/internet/verizon-cr1000b-router-guide.pdf |

| Claim 1 | Identification |
|---|---|
| | To view and configure the channel settings:<br><br>1. From the **Advanced** menu, select **Wi-Fi** and then click **Radio Management**.<br>2. Click on **Settings** on the top right-hand side of the **Radio Management** page to configure the channel scan settings:<br><br>- Select the **Keep my channel selection during power cycle** check box to save your channel selection when your Verizon Router is rebooted.<br>- Enable **DFS channels during channel scan**: DFS channels are enabled by default during channel scans.<br><br>Note: *DFS channels are a subset of the 5 GHz network that is shared with radar systems. Some consumer devices do not support these channels and cannot connect to routers using them. Examples include some media streaming devices. Disabling this feature will allow the router to select the best available channel to broadcast on and allow these devices to connect.*<br><br>- Press **Apply Changes** to save the changes.<br><br>*Id.* |
| 1[f] wherein a second tier of the scheduling strategy includes allocating the assigned frequency channels resulting from the first tier of the scheduling strategy among the network nodes disposed in each portion of the | The second tier of the scheduling strategy is to allocate the assigned frequency channels resulting from the first tier of the scheduling strategy among the network nodes disposed in each portion of the service area in real-time, through the spatial reuse function.<br><br>Through the spatial reuse operation, frequency channels are allocated by BSS color (marking PPDUs as inter-BSS). |

| Claim 1 | Identification |
|---|---|
| service area in real-time; and | An example of OBSS PD SR operation is shown in Figure 26-12. In this example, STA SR S2<br>— Receives the PPDU from S1 and, if it classifies the PPDU as inter-BSS PPDU, ignores the PPDU using OBSS PD-based spatial reuse with non-SRG OBSS PD, starts the OBSS PD SR transmit power restriction period 1 with TX_PWRmax 1, and decrements its backoff counter until the reception of the PPDU from D1.<br>— Receives the PPDU from D1 and, if it classifies the PPDU as inter-BSS PPDU, ignores the PPDU (if it chooses to do so) using OBSS PD-based spatial reuse with non-SRG OBSS PD, starts the OBSS PD SR transmit power restriction period 2 with TX_PWRmax 2, and decrements its backoff counter until the reception of the PPDU from S1".<br>— Defers during the TXOP S1" set by the intra-BSS PPDU from S1" that belongs to its own BSS and, at the end of the TXOP S1", resumes the decrement of its backoff until the reception of the PPDU from S1'.<br>— Receives the PPDU from S1' and, if it classifies the PPDU as SRG PPDU, ignores the PPDU (if it chooses to do so) using OBSS PD-based spatial reuse with SRG OBSS PD, starts the OBSS PD SR transmit power restriction period 3 with TX_PWRmax 3, and decrements its backoff counter until the counter reaches zero because it does not receive the PPDU from D1'.<br>— Starts transmitting a PPDU with a TX_PWRmax equal to min(TX_PWRmax 1, TX_PWRmax 2, TX_PWRmax 3) and respects this transmit power restriction until the end of the SR TXOP.<br><br>802.11ax<br><br>**26.10.3.2 PSR-based spatial reuse initiation**<br><br>An HE STA identifies an PSR opportunity if the following two conditions are met:<br>a) The STA receives a PHY-RXSTART.indication corresponding to the reception of a PSRR PPDU that is identified as an inter-BSS PPDU (see 26.2.2).<br><br>802.11ax |

Page 15

| Claim 1 | Identification |
|---|---|
| 1[g] wherein the network nodes are selected for simultaneous use of said particular channels as a function of spatial characteristic groupings of said network nodes. | As a function of the spatial characteristic groupings of said network nodes (i.e., BSS), the network nodes are selected for simultaneous use of particular channels. |

| Claim 1 | Identification |
|---|---|
| | <br>Figure 26-12—Example of OBSS PD SR operation |