# EXHIBIT 20

U.S. Patent No. 7,085,364

| Claim 1 | Identification |
|---|---|
| 1[pre] A conference call telephone system, comprising: | To the extent the preamble is limiting, Defendants provide a conference call telephone system:<br><br>**3-way calling and conference calls FAQs**<br><br>3-way calls and conference calls let you talk to 2 or more people at the same time. Learn how to speak to multiple callers at once.<br><br>• How do I start a 3-Way Call?<br>• Can I conference call with more than 2 people?<br><br>**About 3-way calling & conference calls**<br><br>Expand All<br><br>What is 3-Way Calling, and how much does it cost?<br><br>3-Way Calling lets you talk with 2 people at the same time using your mobile phone. It's included with your Verizon service.<br><br>• **If you have a plan with unlimited minutes**: There's no additional charges to use 3-Way Calling.<br>• **If you don't have unlimited minutes**: Airtime and other charges will apply for both calls until you end one call. These charges may include toll or long distance charges. For example, if you talk for 10 minutes on a 3-way call, you'll be charged for 20 minutes of talk time.<br><br>https://www.verizon.com/support/3-way-calling-faqs/#:~:text=Tap%20the%20conference%20call%20 |
| 1[a] one or more network; | The system comprises at least one network. |

| Claim 1 | Identification |
|---|---|
| | <br>https://www.verizon.com/coverage-map/ |
| 1[b] three or more telephone units interconnected by said one or more network to provide three or more participants of a conference call, at least one of said telephone units receiving and sending data packets including voice data packets; | The system comprises three or more telephone units interconnected by said one or more network to provide three or more participants of a conference call, at least one of said telephone units receiving and sending data packets including voice data packets.<br><br>For example, when three telephone units connect to provide a conference call. |

| Claim 1 | Identification |
|---|---|
| | **3-way calling and conference calls FAQs**<br><br>3-way calls and conference calls let you talk to 2 or more people at the same time. Learn how to speak to multiple callers at once.<br><br>- How do I start a 3-Way Call?<br>- Can I conference call with more than 2 people?<br><br>**About 3-way calling & conference calls**<br><br>Expand All<br><br>What is 3-Way Calling, and how much does it cost?<br><br>3-Way Calling lets you talk with 2 people at the same time using your mobile phone. It's included with your Verizon service.<br><br>- **If you have a plan with unlimited minutes**: There's no additional charges to use 3-Way Calling.<br>- **If you don't have unlimited minutes**: Airtime and other charges will apply for both calls until you end one call. These charges may include toll or long distance charges. For example, if you talk for 10 minutes on a 3-way call, you'll be charged for 20 minutes of talk time.<br><br>https://www.verizon.com/support/3-way-calling-faqs/#:~:text=Tap%20the%20conference%20call%20 |
| 1[c] a display connected to at least one of said telephone units or forming a part of at least one of said telephone units; | The system comprises a display connected to at least one of said telephone units or forming a part of at least one of said telephone units.<br><br>For example, the telephone units include a screen. |

| Claim 1 | Identification |
|---|---|
| |  https://www.verizon.com/smartphones/motorola/ |
| 1[d] a device for monitoring calls of at least one of said telephone units to provide data to said display for showing conference call participant information as to the telephone units participating in the conference call; | The system comprises a device for monitoring calls of at least one of said telephone units to provide data to said display for showing conference call participant information as to the telephone units participating in the conference call.<br><br>For example, hardware/software inside the telephone unit provides data to said display as to the telephone units participating in the conference call. |

| Claim 1 | Identification |
|---|---|
|  | **2. While on a 3-way call, how do you end the call with one caller and continue speaking with the other caller?**<br><br>Tap the conference call (or the **(i)** icon) at the top of the screen to see the list of callers. Tap **Drop call** or **End call** next to the person you want to disconnect from the 3-way call.<br><br>Or if one of the callers hangs up, you can continue speaking with the other caller.<br><br>Note: If you started the 3-way call and you disconnect, the call will end for all callers.<br><br>https://www.verizon.com/support/3-way-calling-faqs/#:~:text=Tap%20the%20conference%20call%20 |
| 1[e] an input device associated with said display for selecting any of the telephone units from the conference call participant information and dropping the selected telephone unit from the conference call. | The system comprises an input device associated with said display for selecting any of the telephone units from the conference call participant information and dropping the selected telephone unit from the conference call.<br><br>For example, a user can press the button to hang up a specific telephone unit.<br><br>**2. While on a 3-way call, how do you end the call with one caller and continue speaking with the other caller?**<br><br>Tap the conference call (or the **(i)** icon) at the top of the screen to see the list of callers. Tap **Drop call** or **End call** next to the person you want to disconnect from the 3-way call.<br><br>Or if one of the callers hangs up, you can continue speaking with the other caller.<br><br>Note: If you started the 3-way call and you disconnect, the call will end for all callers.<br><br>https://www.verizon.com/support/3-way-calling-faqs/#:~:text=Tap%20the%20conference%20call%20 |