IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Valtrus Innovations Ltd.** | § § § § § § § § § § § § | |
| **Plaintiff** | | |
| v. | | **CIVIL ACTION NO. 2:23cv445** |
| **Verizon Communications Inc. and Cellco Partnership, d/b/a Verizon Wireless.** | | **JURY TRIAL DEMANDED** |
| **Defendants.** | | |

## JURY DEMAND

Pursuant to Local Rule CV-38(a), Plaintiffs respectfully demand a jury trial on all issues so triable.

                                                       Respectfully submitted,

                                                       */s/ Matthew G. Berkowitz by permission Claire Henry*
                                                       Matthew G. Berkowitz – LEAD ATTORNEY
                                                       Patrick R. Colsher
                                                       Aaron L. Morris
                                                       Reichman Jorgensen Lehman & Feldberg LLP
                                                       100 Marine Parkway, Suite 300
                                                      Redwood Shores, CA 94065
                                                      Tel: (650) 623-1401
                                                      mberkowitz@reichmanjorgensen.com
                                                      pcolsher@reichmanjorgensen.com
                                                      amorris@reichmanjorgensen.com

Khue V. Hoang
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063

WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 27 day of September, 2023.

/s/ Claire Henry
Claire Henry