IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Valtrus Innovations Ltd.** | § § § | |
| **Plaintiff** | § § | |
| v. | § § § | **CIVIL ACTION NO. 2:23cv445** |
| **Verizon Communications Inc. and Cellco Partnership, d/b/a Verizon Wireless.** | § § § § | **JURY TRIAL DEMANDED** |
| **Defendants.** | | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Valtrus Innovations Ltd. is a wholly-owned subsidiary of Key Patent Innovations Limited and no publicly held company owns 10% or more of its stock.

Respectfully submitted,

*/s/ Matthew G. Berkowitz by permission Claire Henry*
Matthew G. Berkowitz – LEAD ATTORNEY
Patrick R. Colsher
Aaron L. Morris
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
amorris@reichmanjorgensen.com

        Khue V. Hoang
        Reichman Jorgensen Lehman & Feldberg LLP
        400 Madison Avenue, Suite 14D
        New York, NY 10017
        Tel: (212) 381-1965
        khoang@reichmanjorgensen.com

        *Of Counsel:*

        Andrea L. Fair
        Texas Bar No. 24078488
        Claire Abernathy Henry
        Texas State Bar No. 24053063

        WARD, SMITH & HILL, PLLC
        1507 Bill Owens Pkwy.
        Longview, TX 75604
        Tel: (903) 757-6400
        andrea@wsfirm.com
        claire@wsfirm.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 27 day of September, 2023.

        */s/ Claire Henry*
        Claire Henry