AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| | | |
|---|---|---|
| Valtrus Innovations Ltd. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23cv445 |
| Verizon Communications Inc., et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Valtrus Innovations Ltd. .

Date:     09/27/2023

/s/ Garrett Parish
*Attorney's signature*

Garrett Parish; State Bar No. 24125824
*Printed name and bar number*

1507 Bill Owens Parkway
Longview, Texas 75604

*Address*

gparish@wsfirm.com
*E-mail address*

(903) 757-6400
*Telephone number*

(903) 757-2323
*FAX number*