AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Valtrus Innovations Ltd. <br><br> *Plaintiff(s)* <br> v. <br> Verizon Communications Inc. and Cellco Partnership, d/b/a Verizon Wireless. <br><br> *Defendant(s)* | Civil Action No. 2:23cv445 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cellco Partnership, d/b/a Verizon Wireless

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew G. Berkowitz
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
mberkowitz@reichmanjorgensen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/27/2023

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23cv445

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

**SERVICE RETURN ATTACHED**

_____
*Server's address*

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

Additional information regarding attempted service, etc:

[Print]  [Save As...]                                                     [Reset]

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:23CV445

Plaintiff:
**Valtrus Innovations Ltd.**
vs.
Defendant:
**Verizon Communications Inc., et al**

For: Ward, Smith & Hill, PLLC

Received these papers on the 28th day of September, 2023 at 12:11 pm to be served on **Cellco Partnership d/b/a Verizon Wireless c/o its Registered Agent, CT Corporation System, 1209 Orange Street, Wilmington, New Castle County, DE 19801.** I, __GILBERT DEL VALLE__, being duly sworn, depose and say that on the __28TH__ day of __SEPT.__, __2023__ at __2:45__ p.m., executed service by delivering a true copy of the **Summons, Civil Case Cover Sheet, Complaint for Patent Infringement and Jury Demand, and Exhibits 1-** in accordance with state statutes in the manner marked below:

(X) **CORPORATE SERVICE:** By delivering to __ROBIN HUTT BANKS__ (individual accepting) as __MANAGING AGENT__ (title), at __1209 ORANGE ST__ (street), __WILMINGTON__ (city), __DE__ (state) __19801__ (zip code) __NEW CASTLE__ (county).

( ) **PUBLIC AGENCY:** By delivering to _____(individual accepting) as _____(title) of the within-named agency at _____ _____(street), _____(city), _____(state) _____(zip code) _____ (county).

( ) **SUBSTITUTE SERVICE:** By delivering to _____(individual accepting) as _____(relationship/title) at _____(street), _____(city), _____(state) _____(zip code) _____ (county).

( ) **GOVERNMENT AGENCY:** By delivering to _____(individual accepting) as _____(title) of the within-named agency at _____ _____(street), _____(city), _____(state) _____(zip code) _____ (county).

( ) **NON SERVICE:** For the reason detailed in the comments below.

**COMMENTS:** _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the __28TH__ day of __SEPT.__, __2023__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

*KEVIN DUNN*
*NOTARY PUBLIC*
*STATE OF DELAWARE*
*My Commission Expires on July 26, 2026*

_____
GILBERT DEL VALLE
PROCESS SERVER # __1975__
Appointed in accordance with State Statutes

Our Job Serial Number: 2023013391
Ref: Valtrus v. Verizon

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m