UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:23-CV-445

Name of party requesting extension: Verizon Communications Inc., Cellco Partnership dba Verizon Wireless

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other ____

Date of Service of Summons: 9/28/2023

Number of days requested:  ☐ 30 days  ☐ 15 days  ☑ Other 45 days

New Deadline Date: 12/4/2023  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Deron R. Dacus
State Bar No.: 00790553
Firm Name: The Dacus Firm, P.C.
Address: 821 ESE Loop 323, suite 430
         Tyler, TX 75701

Phone: 903/705-1117
Fax:   903/705-1117
Email: ddacus@dacusfirm.com

A certificate of conference does not need to be filed with this unopposed application.